**BORDEN, INC., Sam Fernandez and Roy Cavazos**

v.

**David RIOS.**

**No. D–3928.**

Supreme Court of Texas.

Aug. 26, 1993.

---

Joint Motion of the parties pursuant to settlement filed herein on July 22, 1993, is granted in part; application for writ of error is granted without reference to merits; judgments of court of appeals and trial court are set aside without reference to merits; cause remanded to trial court for entry of judgment in accordance with settlement agreement of parties.